IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JEANNE LYNN HOOD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 18-00002-CV-W-ODS ) |
| DEPUTY GERALD DUANE ESSER, II, in his individual and official capacity, et al., | ) ) ) ) ) |
| Defendants. | ) |

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT ST. CLAIR COUNTY, MISSOURI'S MOTION TO DISMISS

On March 29, 2018, Defendant St. Clair County, Missouri filed a motion to dismiss Plaintiff's complaint. Doc. #4. On April 11, 2018, Plaintiff sought leave to file an amended complaint. Doc. #13. Defendants did not oppose the motion, and the Court granted Plaintiff leave to file her amended complaint. Docs. #15-16. Plaintiff was directed to file her amended complaint by April 17, 2018. Plaintiff did not file a response to St. Clair County's motion to dismiss.

The parties do not indicate whether the amended complaint renders the motion to dismiss moot. The Court denies without prejudice the motion to dismiss. Defendants should answer or otherwise respond to Plaintiff's amended complaint within fourteen days after the amended complaint is filed. Fed. R. Civ. P. 15(a)(3).

IT IS SO ORDERED.

DATE: April 18, 2018

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT